# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

Bridget M. McCormack,
Chief Justice

160872

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* JAN H. POL, D.V.M.

_____

BUREAU OF PROFESSIONAL LICENSING,
      Petitioner-Appellee,

v

JAN H. POL, D.V.M.,
      Respondent-Appellant.

SC: 160872
COA: 344666
LARA Bureau of Professional
Licensing LC No.: 16-035858

_____/

On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



a0831

Clerk